GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

ERICA L. SEGER
Assistant U.S. Attorney
State Bar No. 022681
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
erica.seger@usdoj.gov
Attorneys for Plaintiff

FILED

2021 JUN -9 PM 5:21

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-01318 TUC-JAS(LAB)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Justin Patrick Wesley,<br><br>            Defendant. | No.<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)<br>(Possession of Child Pornography)<br>Count 1<br><br>**VICTIM CASE** |

THE GRAND JURY CHARGES:

## COUNT 1

On or about January 15, 2021, in the District of Arizona, Defendant JUSTIN PATRICK WESLEY, having previously been convicted of Molestation of Child in the Second Degree, in the Arizona Superior Court, Pima County, did knowingly possess child pornography, that is, visual depictions, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, and which depicted pre-pubescent minors, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using

1  materials which had been mailed and shipped and transported in interstate and foreign
2  commerce, that is, JUSTIN PATRICK WESLEY knowingly possessed on an Alcatel
3  Cellular Phone, Model Number: 5032W, s/n WK85MZDE998SDESO, images of child
4  pornography, including, but not limited to, the following files:
5      "IMG_20201112_003932.bin"
6      ".thumbdata4--1967290299_embedded_657.jpg"
7      ".thumbdata4--1967290299_embedded_937.jpg"
8      ".thumbdata4-1967290299_embedded_967.jpg"
9      "downloadfile-341.bin"
10     "IMG_20201010_111248.jpg"
11     "IMG_20201005_143426.jpg"
12 All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and
13 2252A(b)(2).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: June 9, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR
PUBLIC DISCLOSURE**

s/
ERICA L. SEGER
Assistant U.S. Attorney